UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LARRY LYTLE, and<br>IRINA KOSSOVSKAIA,<br><br>Defendants. | 5:17-CR-50020-01-02-RAL<br><br>ORDER GRANTING GOVERNMENT'S<br>MOTION TO CORRECT JUDGMENTS |

The Government has filed a Motion to Correct Judgments, Doc. 398, moving to correct Defendant Lytle's restitution to a lower amount due to clerical errors and moving to correct Defendant Kossovskaia's restitution to be paid equally to "Priority 2" victims. For good cause, it is hereby

ORDERED that the Motion to Correct Judgments, Doc. 398, is granted, and that the requested changes be made with respect to both Defendant Lytle and Defendant Kossovskaia. It is further

ORDERED that the United States Probation and Pretrial Services office prepare amended judgments reflecting those changes as to each defendant.

DATED this 1st day of May, 2019.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE